USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/6/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEN BIN GAO and JIAN FENG HE, *on behalf of themselves and others similarly situated*,

        Plaintiffs,

-against-

LUCKY BROTHER INC d/b/a Chef Pho & Peking Roast Duck, TOP PEKING DUCK INC d/b/a Chef Pho & Peking Roast Duck, CZL BROTHERS INC. d/b/a Rabu Sushi d/b/a Arco Asian Cuisine, ZHENG CHEN BROTHERS INC d/b/a Japanese & Sweet Basil, YONG KAI ZHENG, GUO WU ZHENG, DE GUI CHEN, and AL FANG HUANG,

        Defendants.

17 Civ. 8159 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 1, 2019, the Court granted an extension of time to submit a joint fairness motion and settlement agreement to December 2, 2019. ECF No. 94. Additionally, on October 3, 2019, the Court ordered the parties to file a stipulation for the voluntary dismissal of Defendant Ai Feng Huang by November 1, 2019. ECF No. 92 at 2.

    These submissions are overdue. Accordingly, it is hereby ORDERED that, by **December 13, 2019**, the parties shall submit a joint letter updating the Court on the progress of preparing their submissions and requesting an extension of time *nunc pro tunc*.

    SO ORDERED.

Dated: December 6, 2019
       New York, New York

                            ANALISA TORRES
                         United States District Judge